# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Farzad Karami

**Plaintiff,**

**V.**

See attached

**Defendant.**

**Civil Action No.** 25-cv-02983-BJC-BJW

## JUDGMENT IN A CIVIL CASE

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Petition for Writ of Habeas Corpus is GRANTED IN PART. Petitioners detention without an individualized determination violates due process. Respondents shall immediately release Petitioner on his own recognizance under the previously determined conditions. Respondents are enjoined from placing Petitioner in Alternatives to Detention and from placing an ankle monitor on Petitioner. The request for fees is DENIED without prejudice to Petitioner filing an appropriate motion. The petition is DENIED as to the remaining requests for relief. Petitioners motion for a temporary restraining order is DENIED as moot. The case is hereby closed.

**Date:** 7/14/26

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By: s/ A. Cortez
A. Cortez, Deputy

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

(ATTACHMENT)

**Civil Action No.** 25-cv-02983-BJC-BJW

Christopher LaRose, Warden of Otay Mesa Detention Center; Sidney Aki, San Diego Field Office Director, Immigration and Customs Enforcement and Removal Operations (ICE/ERO); Todd Lyons, Acting Director of Immigration Customs Enforcement (ICE); Kristi Noem, Secretary of the Department of Homeland Security (DHS); Pamela Bondi, Attorney General of the United States; U.S. Department of Homeland Security; U.S. Immigration and Customs Enforcement